**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FORENSIC JUSTICE PROJECT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.: 06-1001 (RWR) |
| ) | ECF |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully request for an extension of time from July 17, 2006, to September 1, 2006, to respond to Plaintiffs' Complaint. Pursuant to Local Rule 7(m), the parties conferred and Plaintiffs' counsel consented to this Motion. A scheduling order has not been entered in this case and this is Defendants' first request for an extension of time.

There is good cause to grant this Motion. Plaintiff's file this case under the Freedom of Information Act ("FOIA") seeking certain documents from the Federal Bureau of Investigation ("FBI") on the use of Comparative Bullet Lead Analysis. Compl. at ¶ 5. Plaintiffs also claim that they seek this information for scientific research, and not for commercial use. Compl. at ¶ 22.

Defendants fully intended to respond to Plaintiffs' Complaint by the deadline; however, Defendants have not completed reviewing the merit Plaintiff's allegations. Also, the undersigned has not had an opportunity to consult with agency counsel on the underlying claims.

The undersigned anticipates discussing this action with agency in the next two weeks. More important, additional time is needed so that the undersigned could prepare and circulate the draft response for client and supervisory review before filing it with the Court.

For these above reasons, Defendants respectfully request that the Court grant an extension of time from July 17, 2006, to September 1, 2006, for Defendants to file a response to Plaintiffs' Complaint.

Dated: July 14, 2006.                    Respectfully Submitted,


  /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


  /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

  /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORENSIC JUSTICE PROJECT, ET AL., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF )<br>INVESTIGATION, ET AL., )<br>)<br>Defendants. )<br>_____ ) | Civil No.: 06-1001 (RWR)<br>ECF |

## ORDER GRANTING DEFENDANTS' CONSENT
## MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendants' Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendants' Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall up to and including September 1, 2006, to respond to Plaintiffs' Complaint.

SO ORDERED.

_____
U.S. District Judge