UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORENSIC JUSTICE PROJECT, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:06-cv-1001 (RWR) ) |
| FEDERAL BUREAU OF INVESTIGATION, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## JOINT SCHEDULING REPORT

Come now the parties, Forensic Justice Project and Dr. Frederic Whitehurst, plaintiffs, and Federal Bureau of Investigation and U.S. Department of Justice, defendants, by and through counsel, and hereby submit this joint scheduling report pursuant to Fed. R. Civ. P. 26(f), Local Rule 16.3, and Orders dated October 19, 2006 and November 14, 2006. This is an action brought by plaintiffs under the Freedom of Information Act ("FOIA"), 5 U.S.C. §552, seeking access to records and also seeking an order for expedited processing and a waiver of all processing fees, pursuant to plaintiffs' FOIA request that was submitted to the FBI on September 23, 2005.

A detailed scheduling report and discovery plan is not necessary because this is a FOIA case. *See* Local Rule 16.3 and Order dated November 14, 2006.

On November 14, 2006, counsel for the parties conferred by telephone and discussed the relevant scheduling matters. The following is a joint report of the parties on these scheduling matters.

**1.     Motions Schedule.**

The complaint in this FOIA case raises issues involving (1) the FBI's release of responsive records; (2) Plaintiffs' request for expedited processing; and (3) plaintiff's request for a fee waiver. Defendant believes that these issues can be resolved on motions for summary judgment. Plaintiffs also intend to file a cross motion for summary judgment on the following issues: defendants' denial of plaintiffs' requests for expedited processing and waiver of FOIA processing fees. Plaintiffs believe the only issues ripe for consideration on summary judgment are the processing and fee waiver issues, because none of the records requested by plaintiffs to date have been processed or denied pursuant to any FOIA exemptions.

The parties jointly propose the following schedule for filing of dispositive motions:

(A)     the parties shall file their dispostive motions on or before February 12, 2007;

(B)     the parties shall file their respective oppositions to dispositive motions on or before March 12, 2007; and

(C)     the parties shall file their respective replies on or before April 27, 2007.

**2.     Position on Proceeding Before A Magistrate.**

The parties do not consent to the transfer of this case to a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c).

Dated: November 16, 2006.                    Respectfully Submitted

_____//s/_____
Jeffrey A. Taylor (DC Bar. No. 498610)
United States Attorney


_____//s_____
Rudolph Contreras (DC Bar. No. 434122)
Assistant United States Attorney

_____/s/_____
DAVID K. COLAPINTO, #416390
Kohn, Kohn & Colapinto, LLP
3233 P Street, N.W.
Washington, D.C.  20007-2756
Phone: 202-342-6980
Fax:    202-342-6984

Attorneys for Plaintiffs

- 3 -

_____//s//_____
John C. Truong (DC Bar. No. 465901)
Assistant United States Attorney
555 Fourth St. NW
Civil Division
Washington, DC 20530
Tel:  202-307-0406
Fax:  202-514-8780
john.truong@usdoj.gov

Attorneys for Defendants.