```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                              )
**FORENSIC JUSTICE PROJECT**  )
**et al.**,                   )
                              )
       **Plaintiffs**,       )
                              )
       v.                    )   Civil Action No. 06-1001 (RWR)
                              )
**FEDERAL BUREAU OF**         )
**INVESTIGATION et al.**,     )
                              )
       **Defendants**.       )
_____)


### SCHEDULING ORDER

    Upon consideration of the representations made in court by counsel at the November 20, 2006 initial scheduling conference, it is hereby

    ORDERED that:

    1.   This case shall proceed with the following deadlines:

| | |
|---|---|
| Dispositive motions | February 12, 2007 |
| Responses to dispositive motions | March 12, 2007 |
| Replies | April 27, 2007 |

    2.   **Court dates and any deadline for the close of discovery may be continued only by leave of the undersigned.**  A motion for a continuance of a court date must include alternative dates that have been agreed to by all parties.  Failure to provide such information may result in denial of the motion.

    3.   **Deadlines (other than any deadline for the close of discovery) may be altered, when all parties consent, by the filing of a Consent Notice specifying the altered deadlines and stating all parties' consent.  The altered deadlines shall be**

-2-

**effective upon the filing of the Consent Notice; no court Order shall be required.**

    4.   Any motion that does not comply with Local Civil Rule 7(c) or 7(m) may be, *sua sponte*, denied. Every motion for summary judgment and opposition to such a motion must comply with Local Civil Rule 56.1. If an opposition fails to include either a separate concise statement of genuine disputed issues, or specific references to the parts of the record relied upon to support the statement, or both, the court may treat as conceded any facts asserted in the movant's statement of genuine issues.

    5.   The parties and their counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available upon request to the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

    6.   Parties' written communication with the Court is to be by motion, opposition, and reply, rather than by letter. Oral inquiries concerning the status or scheduling of any pending matter shall be directed to the Courtroom Deputy Clerk, Ms. Linda Romero, (202) 354-3166, rather than to chambers. If Ms. Romero is unavailable, such inquiries shall be directed to the staff person in the Clerk's Office designated as her substitute. In an emergency, however, chambers can be reached at (202) 354-3400.

    SIGNED this 20th day of November, 2006.

                                             /s/
                              RICHARD W. ROBERTS
                              United States District Judge