**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FORENSIC JUSTICE PROJECT, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil No.: 06-1001 (RWR) |
| | ) | ECF |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION, ET AL., | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

**DEFENDANTS' CONSENT MOTION TO AMEND**
**THE COURT'S NOVEMBER 21, 2006 MINUTE ORDER**

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully request that the Court amend the

November 21, 2006 Minute Order and extend all deadlines by approximately by one month.

Pursuant to Local Rule 7(m), the parties conferred and Plaintiffs' counsel consented to this

Motion.

There is good cause to grant this Motion.  Plaintiff files this case under the Freedom of

Information Act ("FOIA") seeking certain documents from the Federal Bureau of Investigation

("FBI") on the use of Comparative Bullet Lead Analysis.  Compl. at ¶ 5.  Plaintiff also claims

that it seeks this information for scientific research, and not for commercial use.  Compl. at ¶ 22.

The parties appeared before the Court for a status hearing on November 20, 2006, and

the Court issued a briefing schedule, which was memorialized in the November 21, 2006 Minute

Order.  Under the scheduling order, the parties' motions for summary judgment are due on

Monday February 12, 2007.

Immediately after the status hearing, the parties engaged in some discussions on the

issues to be litigated.  Thereafter, Defendants did additional search for responsive documents

based on Plaintiff's more robust explanation of its FOIA request and discovered that additional

responsive documents exist.  Defendants are preparing a letter to Plaintiff informing it of this

development.  Plaintiff may need to respond to Defendant's forthcoming letter.  This

development may raise other issues that need to be litigated.  Therefore, to avoid piecemeal

briefing of the issues and advance judicial economy (including saving the Court's and parties'

resources), the Court should extend all deadlines so that the parties may finalize the issues to be

litigated and file their cross motions for summary judgment addressing all of the issues at one

time.

     For these above reasons, Defendants respectfully request that the Court amend the

November 21, 2006 Minute Order as follows:

| Events | Current Deadlines | Proposed Deadlines[1] |
|---|---|---|
| Motions for Summary Judgment | February 12, 2007 | March 28, 2007 |
| Oppositions | March 12, 2007 | April 27, 2007 |
| Replies | April 27, 2007 | May 11, 2007 |

Dated: February 8, 2007.          Respectfully Submitted,

        /s/  Jeffrey A. Taylor
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney


        /s/   Rudolph Contreras
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

---

[1]     These extended deadlines are to accommodate the parties' litigation schedules, including jury trials in March and April.

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FORENSIC JUSTICE PROJECT, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.: 06-1001 (RWR) |
| | ) | ECF |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

Upon consideration of Defendants' Consent Motion to Amend the Court's November 21, 2006 Minute Order and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendants' Consent Motion to Amend the Court's November 21, 2006 Minute Order be and is hereby GRANTED; and it is

FURTHER ORDERED that the Court's November 21, 2006, be and is hereby AMENDED as follows:

| Events | Deadlines |
|---|---|
| Motions for Summary Judgment | March 28, 2007 |
| Oppositions | April 27, 2007 |
| Replies | May 11, 2007 |

SO ORDERED.

_____
U.S. District Judge