# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORENSIC JUSTICE PROJECT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF ) <br> INVESTIGATION, ET AL., ) <br> ) <br> Defendants. ) <br> _____) | Civil No.: 06-1001 (RWR) <br> ECF |

## CONSENT NOTICE ALTERING FILING DEADLINES

Pursuant to Local Rule 7(m), the parties conferred on extending all deadlines by approximately 30 days and are filing a Consent Notice setting forth the new filing deadlines as follows:[1]

| Events | Deadlines |
|---|---|
| Motions for Summary Judgment | April 27, 2007 |
| Oppositions | May 31, 2007 |
| Replies | June 29 , 2007 |

Dated: February 8, 2007.                    Respectfully Submitted,

  /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

---

[1] Under the Court's Scheduling Order (Dkt. No. 10), the altered deadlines in the Consent Notice shall be effective upon the parties' filing of the Consent Notice and a court order is not required.

1

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant