UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORENSIC JUSTICE PROJECT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.: 06-1001 (RWR) |
| ) | ECF |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CONSENT NOTICE ALTERING FILING DEADLINES**

Pursuant to the Court's Scheduling Order (Dkt. No. 10) and Local Rule 7(m), the parties conferred on extending all deadlines and are filing a Consent Notice setting forth the new filing deadlines as follows:[1]

| Events | Deadlines |
|---|---|
| Motions for Summary Judgment | June 15, 2007 |
| Oppositions | July 16, 2007 |
| Replies | Augst 1, 2007 |

Dated: April 26, 2007.          Respectfully Submitted,

  /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

---

[1] Under the Court's Scheduling Order (Dkt. No. 10), the altered deadlines in the Consent Notice shall be effective upon the parties' filing of the Consent Notice and a court order is not required.

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant