**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FORENSIC JUSTICE PROJECT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.: 06-1001 (RWR) |
| | ) | ECF |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CONSENT NOTICE ALTERING FILING DEADLINES**

Pursuant to the Court's Scheduling Order (Dkt. No. 10) and Local Rule 7(m), the parties

conferred on extending all deadlines and Defendant is hereby filing a Consent Notice setting

forth the new filing deadlines as follows:[1]

| Events | Deadlines |
|---|---|
| Motions for Summary Judgment | July 12, 2007 |
| Oppositions | August 10, 2007 |
| Replies | August 30, 2007 |

Dated: June 12, 2007.                    Respectfully Submitted,

              /s/   Jeffrey A. Taylor
              JEFFREY A. TAYLOR, D.C. BAR # 498610
              United States Attorney

---

[1]      Under the Court's Scheduling Order (Dkt. No. 10), the altered deadlines in the Consent Notice shall be effective upon the parties' filing of the Consent Notice and a court order is not required.

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant