UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORENSIC JUSTICE PROJECT,** )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>**FEDERAL BUREAU OF** )<br>**INVESTIGATION, ET AL.,** )<br> )<br> Defendants. )<br> ) | Civil No.: 06-1001 (RWR)<br>ECF |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo and remove the appearance of Assistant United States John C. Truong as counsel for Defendant in the above-captioned case.

    /s/ Kenneth Adebonojo
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov