UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORENSIC JUSTICE PROJECT, *et al.*, ) ) Plaintiffs, ) ) v. ) ) FEDERAL BUREAU OF INVESTIGATION, *et al.*, ) ) Defendants. ) | Civil No. 06-cv-1001 (RWR) |

## CONSENT NOTICE ALTERING FILING DEADLINES

Pursuant to the Court's Scheduling Order [Docket #10] and Local Rule 7(m), the parties have conferred and consent to extend all deadlines as set forth below.[1]

| Events | Deadlines |
|---|---|
| Cross Motions for Summary Judgment | October 12, 2007 |
| Opposition | November 12, 2007 |
| Replies | December 3, 2007 |

Respectfully submitted,

/s/ David K. Colapinto
David K. Colapinto, D.C. Bar # 416390
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Phone: 202-342-6980
*Attorneys for Plaintiffs*

September 12, 2007

---

[1] Under the Court's Scheduling Order [Docket # 10], the altered deadlines in the Consent Notice shall be effective upon the parties' filing of the Consent Notice and a court order is not required.