UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FORENSIC JUSTICE PROJECT,** *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 06-cv-1001 (RWR) |
| ) | |
| **FEDERAL BUREAU OF INVESTIGATION,**) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR STAY OF BRIEFING SCHEDULE**

Come now the parties, Plaintiffs Forensic Justice Project and Dr. Frederic Whitehurst, and Defendants Federal Bureau of Investigation ("FBI") and U.S. Department of Justice ("DOJ"), and hereby submit this joint motion to stay the briefing schedule for dispositive motions in this case. The parties believe there is good cause to support this request.

This is an action brought by Plaintiffs under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking access to records, an order granting a waiver of processing fees and expedited processing concerning Plaintiff's FOIA request concerning records about the use of bullet-lead analysis in the FBI laboratory.

On December 12, 2007, Defendants informed Plaintiffs that their request for a waiver of FOIA processing fees has been granted by the FBI. Accordingly, one of the major issues in this case has now been resolved. *See* Doc. # 20, Joint Status Report, pp. 1-2 (Nov. 7, 2007).

In light of this significant development, the parties believe that the briefing schedule for dispositive motions should be stayed for a period of thirty days so that the parties may engage in good faith discussions on possible settlement of the remaining issues in this case. This

additional time will afford the parties to explore settlement before filing dispositive motions, and if the parties do succeed in resolving these remaining issues then the filing of dispositive motions will be avoided altogether.

  Accordingly, the parties request that the briefing schedule be stayed for a period of 30 days in which to continue and complete these discussions and to submit a joint status report of a completed agreement or notice of dismissal.

Respectfully submitted,

| | |
|---|---|
| _/s/_____ | _/s/_____ |
| David K. Colapinto, D.C. Bar # 416390 | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| KOHN, KOHN & COLAPINTO, LLP | United States Attorney |
| 3233 P Street, N.W. | |
| Washington, D.C. 20007-2756 | _/s/_____ |
| Phone: 202-342-6980 | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| Attorney for Plaintiffs | Assistant United States Attorney |
| | |
| | _/s/_____ |
| | KENNETH ADEBONOJO |
| | Assistant United States Attorney |
| | Judiciary Center Building |
| | 555 4th Street, N.W. – Civil Division |
| | Washington, D.C. 20530 |
| | (202) 514-7157 |
| | (202) 514-8780 (facsimile) |
| | kenneth.adebonojo@usdoj.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORENSIC JUSTICE PROJECT,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **FEDERAL BUREAU OF INVESTIGATION,** ) <br> *et al.*, ) <br> ) <br> **Defendants.** ) <br> ) | Civil No. 06-cv-1001 (RWR) |

### ORDER

UPON CONSIDERATION of the Joint Motion to Stay Briefing Schedule, submitted by the parties on December 18, 2007, and the entire record herein, it be and hereby is

ORDERED that the dispositive motions briefing schedule is STAYED; and it is

FURTHER ORDERED that the parties shall complete their discussions to resolve the remaining issues in this case and file either a further status report or a notice of dismissal, within thirty (30) days, on or before January 18, 2008.

IT IS SO ORDERED.

_____          _____
DATE                                    HON. RICHARD W. ROBERTS
                                        United States District Judge