## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORENSIC JUSTICE PROJECT,** *et al.,* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil No. 06-cv-1001 (RWR)** |
| ) | |
| **FEDERAL BUREAU OF INVESTIGATION,**) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### JOINT MOTION FOR STAY OF BRIEFING SCHEDULE

Come now the parties, Forensic Justice Project and Dr. Frederic Whitehurst ("Plaintiffs") and Federal Bureau of Investigation ("FBI") and U.S. Department of Justice ("DOJ") (collectively "Defendants") and hereby submit this joint motion to stay the briefing schedule for dispositive motions in this case. The parties believe there is good cause to support this request.

This is an action brought by Plaintiffs under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking access to records, an order granting a waiver of processing fees and expedited processing concerning Plaintiff's FOIA request concerning records about the use of bullet-lead analysis in the FBI laboratory.

As the Court will recall, the parties resolved one of the more contentious issues in this matter by granting Plaintiffs' request for a fee waiver. *Dkt No. 21*. However, there are still other outstanding issues that the parties are attempting to resolve. For example, by letter dated January 8, 2008, Plaintiffs submitted a proposal for Defendants' consideration including, *inter alia*, expedited processing, nature of documents sought, timetable for document release and attorneys fees. Defendants are currently digesting this proposal and should respond shortly.

In light of these recent developments, the parties believe that the briefing schedule for dispositive motions should be stayed for a period of sixty (60) days so that the parties may engage in further good faith discussions on possible settlement of the remaining issues. The parties are requesting the additional time because of the significant number of documents requested and the complicated nature of the production and issues to be resolved.

Accordingly, the parties request that the briefing schedule be stayed for a period of sixty (60) days in which to continue and complete these discussions and to submit a joint status report of a completed agreement or notice of dismissal.

Respectfully submitted,

_/s/_____
David K. Colapinto, D.C. Bar # 416390
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Phone: 202-342-6980
Attorney for Plaintiffs

_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)
kenneth.adebonojo@usdoj.gov

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| **FORENSIC JUSTICE PROJECT,**  *et al.,*                      ) | |
| ) | |
| **Plaintiffs,**      ) | |
| ) | |
| v.                                                      ) | **Civil No. 06-cv-1001 (RWR)** |
| ) | |
| **FEDERAL BUREAU OF INVESTIGATION,**  ) | |
| *et al.,*                                                     ) | |
| ) | |
| **Defendants.**     ) | |
| _____) | |

### <u>ORDER</u>

UPON CONSIDERATION of the Joint Motion to Stay Briefing Schedule, submitted by the parties on January 18, 2008, and the entire record herein, it be and hereby is

ORDERED that the dispositive motions briefing schedule is STAYED; and it is

FURTHER ORDERED that the parties shall make good faith efforts to complete their discussions to resolve the remaining issues in this case and file either a further status report or a notice of dismissal, within sixty (60) days, on or before March 17, 2008.

IT IS SO ORDERED.


_____                    _____
DATE                                                   HON. RICHARD W. ROBERTS
                                                            United States District Judge