## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORENSIC JUSTICE PROJECT,** *et al.,*  )  | |
| )  | |
| **Plaintiffs,** )  | |
| )  | |
| **v.** )  | **Civil No. 06-cv-1001 (RWR)** |
| )  | |
| **FEDERAL BUREAU OF INVESTIGATION,**)  | |
| **et al.,** )  | |
| )  | |
| **Defendants.** )  | |
| )  | |

### JOINT MOTION FOR STAY OF BRIEFING SCHEDULE

Federal Bureau of Investigation ("FBI") and U.S. Department of Justice ("DOJ")

(collectively "Defendants") and Forensic Justice Project and Dr. Frederic Whitehurst

("Plaintiffs") hereby submit this joint motion to stay the briefing schedule for dispositive

motions in this case.  Plaintiff commenced this action under the Freedom of Information Act

("FOIA"), 5 U.S.C. § 552, seeking access to records, an order granting a waiver of processing

fees and expedited processing concerning Plaintiff's FOIA request concerning records about the

use of bullet-lead analysis in the FBI laboratory. The parties believe there is good cause to

support this request.

Although the fee waiver issue was resolved prior to filing the previous joint motion to

stay, Plaintiff confirmed same by letter dated February 6, 2008.  Regarding Plaintiffs' request for

expedited review, the parties agreed that, in light of the volume of documents involved and the

fact that there are several parties interested in records responsive to Plaintiff's FOIA request, the

FBI will process and release documents to Plaintiffs on the same schedule as all the other

interested parties.  Accordingly, on March 14, 2008, Defendants produced the second installment

of the rolling production consisting of 4,350 pages reviewed and 3,808 pages released in whole or in part. Defendants expect to review and produce the releaseable portions of at least 3,000 pages per month. Defendants' next production should be on or about May 19, 2008. As the production unfolds, the parties intend to continue to discuss whether there are documents responsive to Plaintiffs' FOIA request that have not already been produced.

In light of these recent developments, the parties believe that the briefing schedule for dispositive motions should be stayed for a period of sixty (60) days so that the parties may engage in further good faith discussions on possible settlement of the remaining issues. The parties are requesting the additional time because of the significant number of documents requested and the complicated nature of the production and issues to be resolved.

Accordingly, the parties request that the briefing schedule be stayed for a period of sixty (60) days in which to continue and complete these discussions and to submit a joint status report of a completed agreement or notice of dismissal.

Respectfully submitted,

/s/_____
David K. Colapinto, D.C. Bar # 416390
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Phone: 202-342-6980
Attorney for Plaintiffs

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)
kenneth.adebonojo@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FORENSIC JUSTICE PROJECT,** *et al.,* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )     **Civil No. 06-cv-1001 (RWR)** |
| | ) |
| **FEDERAL BUREAU OF INVESTIGATION,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

UPON CONSIDERATION of the Joint Motion to Stay Briefing Schedule, submitted by the parties on March 17, 2008, and the entire record herein, it be and hereby is

ORDERED that the dispositive motions briefing schedule is STAYED; and it is

FURTHER ORDERED that the parties shall make good faith efforts to complete their discussions to resolve the remaining issues in this case and file either a further status report or a notice of dismissal, within sixty (60) days, on or before May 27, 2008.

IT IS SO ORDERED.

_____                    _____
DATE                                                              HON. RICHARD W. ROBERTS
                                                                       United States District Judge