UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORENSIC JUSTICE PROJECT, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 06-cv-1001 (RWR) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) *et al.,* ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of the Joint Motion to Stay Briefing Schedule, submitted by the parties on March 17, 2008, and the entire record herein, it be and hereby is

ORDERED that the dispositive motions briefing schedule is STAYED; and it is

FURTHER ORDERED that the parties shall make good faith efforts to complete their discussions to resolve the remaining issues in this case and file either a further status report *with a proposed briefing schedule* or a notice of dismissal, within sixty (60) days, on or before May 27, 2008.

IT IS SO ORDERED.

3-22-08
DATE

HON. RICHARD W. ROBERTS
United States District Judge