UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORENSIC JUSTICE PROJECT,** *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 06-cv-1001 (RWR) |
| ) | |
| **FEDERAL BUREAU OF INVESTIGATION,** ) *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR STAY OF BRIEFING SCHEDULE

Federal Bureau of Investigation ("FBI") and U.S. Department of Justice ("DOJ") (collectively "Defendants") and Forensic Justice Project and Dr. Frederic Whitehurst ("Plaintiffs") hereby submit this joint motion to stay the briefing schedule for dispositive motions in this case. Plaintiff commenced this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking access to records, an order granting a waiver of processing fees and expedited processing concerning Plaintiff's FOIA request concerning records about the use of bullet-lead analysis in the FBI laboratory. The parties believe there is good cause to support this request.

The parties reported in their last pleading that, on March 14, 2008, Defendants produced the second installment of the rolling production consisting of 4,350 pages reviewed and 3,808 pages released in whole or in part. Since then, on April 25, 2008, Defendants reviewed an additional 1538 pages and released 1499 pages. Defendants have reviewed another batch of approximately 3,000 pages and anticipate another production of almost all the documents reviewed as non-exempt material before the end of next week. Based on the foregoing, barring

any unforeseen developments, Defendants anticipate monthly productions of non-exempt material.

In light of these recent developments, the parties believe that the briefing schedule for dispositive motions should be stayed for a period of sixty (60) days so that the parties may engage in further good faith discussions on possible settlement of the remaining issues. The parties are requesting the additional time because of the significant number of documents requested and the complicated nature of the production and issues to be resolved.

Accordingly, the parties request that the briefing schedule be stayed for a period of sixty (60) days in which to continue and complete these discussions and to submit a joint status report as to further proceedings, a completed agreement or notice of dismissal, as appropriate.

Respectfully submitted,

_/s/_____
David K. Colapinto, D.C. Bar # 416390
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Phone: 202-342-6980
Attorney for Plaintiffs

_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)
kenneth.adebonojo@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORENSIC JUSTICE PROJECT,** *et al.,*  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>**FEDERAL BUREAU OF INVESTIGATION,**  )<br>*et al.,*  )<br>)<br>Defendants.  ) | Civil No. 06-cv-1001 (RWR) |

## ORDER

UPON CONSIDERATION of the Joint Motion to Stay Briefing Schedule, submitted by the parties on May 27, 2008, and the entire record herein, it be and hereby is

ORDERED that the dispositive motions briefing schedule is STAYED; and it is

FURTHER ORDERED that the parties shall make good faith efforts to complete their discussions to resolve the remaining issues in this case and file either a further status report or a notice of dismissal, within sixty (60) days, on or before August 1, 2008.

IT IS SO ORDERED.

_____                                   _____
DATE                                                                      HON. RICHARD W. ROBERTS
                                                                                    United States District Judge