**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| **FORENSIC JUSTICE PROJECT,** *et al.,*  ) | |
| ) | |
| **Plaintiffs,**   ) | |
| ) | |
| **v.**    ) | **Civil No. 06-cv-1001 (RWR)** |
| ) | |
| **FEDERAL BUREAU OF INVESTIGATION,**) | |
| *et al.*,    ) | |
| ) | |
| **Defendants.**   ) | |
| _____ ) | |

## JOINT MOTION FOR STAY OF BRIEFING SCHEDULE

Federal Bureau of Investigation ("FBI") and U.S. Department of Justice ("DOJ")

(collectively "Defendants") and Forensic Justice Project and Dr. Frederic Whitehurst

("Plaintiffs") hereby submit this joint motion to stay the briefing schedule for dispositive

motions in this case.  Plaintiffs commenced this action under the Freedom of Information Act

("FOIA"), 5 U.S.C. § 552, seeking access to records, an order granting a waiver of processing

fees and expedited processing concerning Plaintiff's FOIA request concerning records about the

use of bullet-lead analysis in the FBI laboratory. The parties believe there is good cause to

support this request.

The parties reported in their last pleading on May 27, 2008, that Defendants were in the

process of reviewing a batch of approximately 3,000 pages in anticipation of the release of those

documents that week.  Those documents were released to Plaintiffs on May 30, 2008.  Since

then, on June 20, 2008, Defendants reviewed an additional 4,740 pages of which 4,235 were

released in whole or in part.  On July 28, 2008, Defendants also released, in whole or in part,

another 4,304 pages of documents out of 4,780 pages reviewed.  Based on the foregoing, barring

any unforeseen developments, Defendants anticipate additional monthly productions of non-exempt material.

In light of these recent developments, the parties believe that the briefing schedule for dispositive motions should be stayed for a period of sixty (60) days so Defendants may continue to review and release documents.  The parties are requesting the additional time because of the significant number of documents requested and the complicated nature of the production and issues to be resolved.

Accordingly, the parties request that the briefing schedule be stayed for a period of sixty (60) days in which to continue and complete these discussions and to submit a joint status report as to further proceedings, a completed agreement or notice of dismissal, as appropriate.

Respectfully submitted,

_/s/_____    _/s/_____
David K. Colapinto, D.C. Bar # 416390    JEFFREY A. TAYLOR, D.C. BAR # 498610
KOHN, KOHN & COLAPINTO, LLP    United States Attorney
3233 P Street, N.W.
Washington, D.C.  20007-2756    _/s/_____
Phone: 202-342-6980    RUDOLPH CONTRERAS, D.C. BAR # 434122
Attorney for Plaintiffs    Assistant United States Attorney

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)
kenneth.adebonojo@usdoj.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FORENSIC JUSTICE PROJECT,** *et al.,* | ) )  ) |
| **Plaintiffs,** | ) ) |
| **v.** | )     **Civil No. 06-cv-1001 (RWR)** ) |
| **FEDERAL BUREAU OF INVESTIGATION,** *et al.,* | ) ) ) |
| **Defendants.** | ) ) ) |

## ORDER

UPON CONSIDERATION of the Joint Motion to Stay Briefing Schedule, submitted by

the parties on August 1, 2008, and the entire record herein, it be and hereby is

ORDERED that the dispositive motions briefing schedule is STAYED; and it is

FURTHER ORDERED that the parties shall make good faith efforts to complete their

discussions to resolve the remaining issues in this case and file either a further status report or a

notice of dismissal, within sixty (60) days, on or before October 3, 2008.

IT IS SO ORDERED.


_____          _____

DATE                                    HON. RICHARD W. ROBERTS
                                            United States District Judge